UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| | | |
|---|---|---|
| SHARON JONES, et al., | : | Case No. 5:06-CV-0665 |
| | : | |
| Plaintiffs, | : | Judge David D. Dowd, Jr. |
| | : | |
| v. | : | **STIPULATION OF DISMISSAL WITH** |
| | : | **PREJUDICE** |
| SHEAKLEY UNISERVICE, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Defendants Janus Hotels and Resorts, Inc. d/b/a Holiday Inn Hudson, Kathy Sklare and Joe Moffa ("Defendants") and Plaintiffs Sharon and George Jones ("Plaintiffs"), by and through their respective attorneys, hereby stipulate that this action shall be dismissed with prejudice. The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement. Each party shall pay its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Lydia Evelyn Spragin | /s/ M. Dave O'Guinn |
| Lydia Evelyn Spragin, Esq. | Michael W. Hawkins (0012707) |
| 628 Payne Avenue | M. Dave O'Guinn (0074378) |
| Akron, Ohio 44302-13307 | Allyson B. Handler (0076052) |
| | DINSMORE & SHOHL LLP |
| Attorney for Plaintiffs, Sharon and George Jones | Suite 1900, 255 East Fifth Street |
| | Cincinnati, Ohio 45202 |
| | (513) 977-8200/Fax: (513) 977-8141 |
| | E-mail: michael.hawkins@dinslaw.com |
| | E-mail: dave.oguinn@dinslaw.com |
| | E-mail: allyson.handler@dinslaw.com |
| | |
| | Attorneys for Defendants Janus Hotels and Resorts, Inc. d/b/a Holiday Inn Hudson, Kathy Sklare, and Joe Moffa |

1327461v1